IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, ex rel. LATRESSA V. WILSON, et al., | ) ) ) |
| Plaintiff/Counter-Defendants, | ) ) |
| v. | ) CIVIL ACTION NO. 03-PWG-3308-S ) |
| KENNETH WILSON, | ) ) |
| Defendant/Counter-Plaintiff. | ) |

JUDGMENT

In conformity with the Memorandum Opinion filed contemporaneously herewith, it is hereby **ORDERED** that Mr. Wilson's objections are **OVERRULED**. After a *de novo* review, the Court **ADOPTS** the findings and **ACCEPTS** the recommendation of the magistrate judge as follows:

(1) the Motions to Dismiss of the State of Alabama Department of Human Resources and District Judge Elise Barclay (docs. #10 and #24) are **GRANTED** to the extent that the counterclaims against them are due to be **DISMISSED**;

(2) Kenneth Wilson's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (doc. #30) is **DENIED**;

(3) the original action is **REMANDED** to the Family Court of Jefferson County as this court lacks subject matter jurisdiction and the attempted removal was unjustified.

**DONE** this 8th day of March, 2005.

*Sharon Lovelace Blackburn*

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE